DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.B.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D14-4060

[December 23, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter Evans, Acting Circuit Judge; L.T. Case No. 2011 DP 300316.

Andrew A. Holness of Law Offices of Andrew A. Holness, P.A., West Palm Beach, for appellant.

Rosemarie Farrell, Orlando, for appellee.

Patricia Murphy Propheter, Sanford, for appellee Guardian ad Litem Program.

*ON MOTION FOR REHEARING*

PER CURIAM.

We deny the motion for rehearing. Although the Department of Children and Families argues against the application of the parental relocation statute to this permanent guardianship proceeding, noting the difficulty it may pose for permanent guardians, the plain language of the statute makes it applicable to permanent guardianships. *See* §§ 61.13001(1)(a), .13001(1)(e), .503(4), Fla. Stat. (2014). If the Department is concerned about the statute's impact on dependency and guardianship proceedings, it should seek a legislative change.

WARNER, CONNER, JJ., and LEVEY COHEN, MARDI, Associate Judge, concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*